# UNITED STATES COURT OF APPEALS
## FOR THE
## SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 2nd day of May, two thousand twenty-three.

_____

| | |
|---|---|
| Jane Smith, Jill Park, Mary Doe, Ann Jones, Dr. Amy Moe, | **ORDER** |
| Petitioners, | Docket Nos. 21-2218(L), 21-2365(Con) |
| v. | |
| Kathy Hochul, et al., | |
| Respondents. | |

_____

On January 25, 2022, the Court issued a notice pursuant to Fed. R. App. P. 4(a)(4), staying this matter due to a pending motion in the district court.  The district court having denied the motion in an order dated March 22, 2023,

IT IS ORDERED that the stay of this matter is hereby lifted. Within 14 days of the date of this order, Petitioners must inform the Court whether they wish to pursue the petition for leave to appeal filed on September 15, 2021.

For the Court:

Catherine O'Hagan Wolfe,
Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

CERTIFIED COPY ISSUED ON 05-02-2023